**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01333-BNB

JEREMY PINSON,

     Applicant,

v.

BLAKE DAVIS,

     Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant filed a "Motion for Show Cause Order (Doc. No. 9)."  Applicant asserts that he has not received a copy of Respondent's Preliminary Response.  The Court notes Respondent sent the copy to Applicant's previous address in Talladega, Alabama.  Respondent is directed to provide Applicant with a copy of the Preliminary Response filed on June 27, 2011.  Applicant shall have an additional twenty-one days from the date a certificate of service is filed with this Court showing the Response was sent to Applicant.  Applicant's Motion for Show Cause (Doc. No. 9), therefore, is DENIED as moot.

Dated:  July 26, 2011