IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01333-WYD

JEREMY PINSON,

      Applicant,

v.

BLAKE DAVIS,

      Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Applicant filed a "Motion for Show Cause Order (Doc. No. 17)."  Applicant asserts that he has not received a copy of the Response that was due on November 7, 2011. Respondent submitted a Response on the 7, although it is titled "Preliminary Response" it addresses the merits of Applicant's claims and is responsive to the October 5, 2011 Order.  The Court notes Respondent, however, sent a copy of the Response to Applicant's previous address in Talladega, Alabama.   Respondent is directed to provide Applicant with a copy of the November 7 Response.  Applicant shall have an additional twenty-one days from the date a certificate of service is filed with this Court showing the Response was sent to Applicant.  Applicant's Motion for Show Cause (Doc. No. 17), therefore, is **DENIED** as moot.

      Dated:  November 23, 2011.